UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60100-RUIZ/SELTZER

DALMOND MYLES,

    Plaintiff,

vs.

RAM & SONS, INC. and
KISSOON RAM,

    Defendants,
_____/

## **ORDER**

**THIS CAUSE** has come before the Court on Plaintiff's Motion to Show Cause (DE [57]). Plaintiff is attempting to execute on a Final Judgment (DE [49]) entered against Defendants Ram & Sons, Inc., and Kissoon Ram ("Ram"), and requests the entry of an Order to Show Cause why Defendants should not be held in contempt for failure to comply with this Court's Orders regarding post-judgment discovery. Specifically, each Defendant has failed to complete a Form 1.977 Fact Information Sheet, despite being ordered on two separate occasions to complete and forward the forms to Plaintiff's counsel. For the reasons set forth below, the Court will (again) order Defendants to complete the Form 1.977 Fact Information Sheets.

I.    BACKGROUND

The Court entered a Final Judgment against Defendants on March 25, 2019 (DE [49]). Thereafter, Judge William J. Zloch ordered each Defendant to complete and serve upon Plaintiff a Form 1.977 Fact Information Sheet by September 9, 2019 (DE [51]). When Defendants failed to comply, Plaintiff filed a Motion for Order to Show

Cause (DE [52]). Upon review of that Motion and the docket, the Court concluded that the prior Order (DE [50]) and the Motion (DE [52]) directed to the Defendants may have been mailed to an incorrect address. Accordingly, on September 17, 2019, the Court denied the Motion for Rule to Show Cause without prejudice, and instructed Plaintiff's counsel to re-serve the Motion and the Form 1.977 Fact Information Sheet upon Defendants (DE [55]). Defendants were ordered to complete and return the Fact Information Sheets with all attachments by October 25, 2019.

II. MOTION FOR ORDER TO SHOW CAUSE

When Defendants did not return the completed Form 1.977 Fact Information Sheets by the ordered deadline, Plaintiff filed the present Motion for Order to Show Cause. Plaintiff has advised the Court that Defendant Kissoon Ram filed a Chapter 13 Bankruptcy Petition on September 20, 2019 (Bankruptcy Case No 19-22554-JKO), and that the bankruptcy petition was dismissed on October 29, 2019. No Suggestion of Bankruptcy has been filed in this case. However, due to the automatic stay effected by Kissoon Ram's bankruptcy petition, see 11 U.S.C. § 362, and its resulting impact upon this Court's deadline, the Court declines to enter an Order to Show Cause at this time; rather, Defendants shall (again) be afforded an opportunity to submit the completed Form 1.977 Fact Information Sheets to Plaintiff. Accordingly, it is hereby

**ORDERED AND ADJDUGED** as follows:

1. Plaintiff's Motion for Order to Show Cause (DE [57]) is **DENIED WITHOUT PREJUDICE.**
2. Defendant Ram & Sons, Inc., shall complete and the Form 1.977 Fact Information Sheet – Business Entity (DE [50-1]) and shall return the same,

with all required attachments, to Plaintiff's counsel by <u>noon</u> on <u>November 20, 2019</u>; and

3. Defendant, Kissoon Ram, shall complete the Form 1.977 Fact Information Sheet – Individual (DE [50-2]) and shall return the same, with all required attachments, to Plaintiff's counsel by <u>noon</u> on <u>November 20, 2019</u>.

4. Plaintiff shall notify the Court of the status of Defendants' compliance with this Order. Defendants are strongly cautioned that failure to provide complete answers and attachments to the Form 1.977 Fact Information Sheets may result in the Court issuing an Order to Show Cause why Defendants should not be held in contempt of court.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of November 2019.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

<u>Copies Furnished:</u>
*Counsel of Record by CM/ECF* and by
U.S. Mail to:

Kissoon Ram
806 NW 10th Terrace, Fort Lauderdale, Florida, 33311
207 N.E. 39th Court, Deerfield Beach, FL 33064
and

Ram and Sons, Inc.
806 NW 10th Terrace, Fort Lauderdale, Florida, 33311